**In the Interest of C.O., T.J.W., and T.J.W, Respondent,**

**Juvenile Officer, Respondent,**

v.

**V.E. (Mother), Appellant.**

**D.H. (Father) and T.P.W. (Father), Defendants.**

**Nos. WD 58968, WD 58969, WD 58970.**

Missouri Court of Appeals, Western District.

Aug. 7, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 4, 2001.

Janet Wake Larison, Grant City, for appellant.

John L. Young, Princeton, for respondents.

Christopher P. Raynes, Trenton, for respondent Juvenile Officer.

Corey Keith Herron, Trenton, for defendants.

Before ULRICH, P.J., BRECKENRIDGE, J. and ELLIS, J.

### ORDER

PER CURIAM:

V.E. (Mother) appeals the judgments of the trial court terminating her parental rights in her three minor children based on sections 211.447.2(1), 211.447.4(2)(d), and 211.447.4(3), RSMo 2000. She contends that the trial court's decisions to terminate her parental rights were against the weight of the evidence. She also contends that the trial court failed to make the required findings under section 211.447.4(3). The judgments of the trial court are affirmed. Rule 84.16(b).